B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Georgia

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dairy Production Systems - Georgia LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Dairy Production Systems; DBA DPS** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3691736** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2923 Jackson Dairy Road**<br>**Baconton, GA**<br>ZIP Code **31716** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mitchell** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**23343 NW County Road 236**<br>**High Springs, FL**<br>ZIP Code **32643** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**THIS SPACE IS FOR COURT USE ONLY**

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Dairy Production Systems - Georgia LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(4/10) | Page 3 |
|---|---|
| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Dairy Production Systems - Georgia LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _[signature]_
Signature of Attorney for Debtor(s)
Neil C. Gordon 302387
Printed Name of Attorney for Debtor(s)
Arnall Golden Gregory LLP
Firm Name
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Address

404.873.8500
Telephone Number
October 7, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual
David P. Sumrall
Printed Name of Authorized Individual
Sole Manager and Sole Member
Title of Authorized Individual
October 7, 2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   Dairy Production Systems - Georgia LLC                                    , Case No. _____10-_____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Dairy Production Systems - Mississippi, LLC<br>Middle District of Georgia | 10-<br>Affiliate | 09/27/10<br>James D. Walker, Jr. |
| Dairy Production Systems, LLC<br>Middle District of Georgia | 10-<br>Affiliate | 09/27/10<br>James D. Walker, Jr. |
| Heifer Haven, LLC<br>Middle District of Georgia | 10-<br>Affiliate | 09/27/10<br>James D. Walker, Jr. |
| New Frontier Dairy, LLC<br>Middle District of Georgia | 10-<br>Affiliate | 09/27/10<br>James D. Walker, Jr. |

# UNANIMOUS WRITTEN CONSENT OF
# THE SOLE MANAGER
# AND
# SOLE MEMBER OF
# DAIRY PRODUCTION SYSTEMS - GEORGIA LLC

## Effective: September 17, 2010

The undersigned, being the sole Manager and sole Member of Dairy Production Systems–Georgia LLC, a Colorado limited liability company (the "Company"), pursuant to Article II, Section V of that certain Operating Agreement of the Company dated as of November 11, 2008, does hereby ratify, consent to, and approve the following matters and, incident thereto, the adoption of the following resolutions and each and every action taken thereby or pursuant thereto.

WHEREAS, the undersigned has determined that the Company does not have sufficient funds to pay its debts as they become due and does not have the ability to refinance such debts, and it has been proposed that the Company file a petition seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

WHEREAS, in the judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors, members, and other interested parties, that a petition be filed by the Company on September 20, 2010 or thereafter seeking relief under the provisions of Chapter 11 of the Bankruptcy Code (the "Bankruptcy Filing").

**NOW, THEREFORE, BE IT RESOLVED**, the undersigned does hereby authorize the Company to commence the Bankruptcy Filing in the United States Bankruptcy Court of the Middle District of Georgia (the "Bankruptcy Court").

**FURTHER RESOLVED**, that David P. Sumrall, as sole Manager and sole Member of the Company, is hereby duly appointed (the "Authorized Officer") and is authorized and directed, for and on behalf of and in the name of the Company, in his capacity as sole Manager and sole Member of the Company, to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as he shall determine.

**FURTHER RESOLVED**, that the law firm of Arnall Golden Gregory LLP, 171 17th Street, Suite 2100, Atlanta, Georgia 30363 be employed as counsel for the Company for the purposes of its Chapter 11 case and otherwise.

**FURTHER RESOLVED**, that the Authorized Officer, and such other officers as the undersigned shall from time to time designate, be, and hereby are, authorized and empowered to execute and file all petitions, schedules, lists, and other papers and to take any and all action that they may deem necessary or proper to commence and administer the Chapter 11 case, and in connection therewith, to retain and employ all assistance by

attorneys, investment bankers, accountants and other professionals that they may deem necessary or proper with a view to the successful administration of the Chapter 11 case.

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized, empowered and directed to take from time to time any other actions deemed necessary or desirable by the Authorized Officer to carry out the intent of the foregoing resolution, and to execute documents upon the terms and conditions which the Authorized Officer shall in his discretion deems appropriate, including, without limitation, making such modifications to the terms of any draft resolutions, consents, agreements and other documents.

**FURTHER RESOLVED,** that any and all other actions heretofore taken by any of the officers or representatives of the Company to execute and deliver any of the instruments authorized by the foregoing resolutions, or to take any actions which such officers deemed appropriate in order to carry out the actions authorized in the foregoing resolutions, are hereby approved, ratified and confirmed in all respects.

**IN WITNESS WHEREOF,** the undersigned, being the sole Manager and sole Member of the Company, has caused this written consent to be executed as of the day and year first above written.

**SOLE MANAGER:**

_____
David P. Sumrall


**SOLE MEMBER:**

_____
David P. Sumrall

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re   Dairy Production Systems - Georgia LLC   
Debtor(s)

Case No. 10-_____  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC<br>2595 Canyon Blvd.<br>Suite 240<br>Boulder, CO 80302 | Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC<br>2595 Canyon Blvd.<br>Suite 240<br>Boulder, CO 80302 | | | Amount of claim and value of security are unknown |
| 2H Construction<br>11245 Hwy. 112<br>Albany, GA 31705 | 2H Construction<br>11245 Hwy. 112<br>Albany, GA 31705 | | | 44,502.50 |
| 83 Custom, Inc.<br>3340 NW 57th Trail<br>Bell, FL 32619 | 83 Custom, Inc.<br>3340 NW 57th Trail<br>Bell, FL 32619 | | | 84,429.23 |
| Concrete Enterprises<br>P.O. Box 1561<br>Albany, GA 31702 | Concrete Enterprises<br>P.O. Box 1561<br>Albany, GA 31702 | | | 11,331.38 |
| David I. Peterson, Inc.<br>P.O. Box 3881<br>Albany, GA 31706 | David I. Peterson, Inc.<br>P.O. Box 3881<br>Albany, GA 31706 | | | 16,350.67 |
| EAU Technologies<br>1890 Cobb International Blvd., Ste. A<br>Register, GA 30452 | EAU Technologies<br>1890 Cobb International Blvd., Ste. A<br>Register, GA 30452 | | | 14,000.00 |
| Farm Plan<br>P.O. Box 4450<br>Schaumburg, IL 60194 | Farm Plan<br>P.O. Box 4450<br>Schaumburg, IL 60194 | | | 63,893.09 |
| Furst McNess Company<br>P.O.Box 168<br>Wellborn, FL 32094 | Furst McNess Company<br>P.O.Box 168<br>Wellborn, FL 32094 | | | 1,820,737.18 |
| GEA Farm Technologies, Inc.<br>P.O. Box 12045<br>Newark, NJ 07101 | GEA Farm Technologies, Inc.<br>P.O. Box 12045<br>Newark, NJ 07101 | | | 34,079.30 |
| GEA WS Southeast<br>6551 Broadway Ave.<br>Jacksonville, FL 32254 | GEA WS Southeast<br>6551 Broadway Ave.<br>Jacksonville, FL 32254 | | | 25,214.22 |

B4 (Official Form 4) (12/07) - Cont.

In re  Dairy Production Systems - Georgia LLC                                  Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Global Agri Trade Corp. Wells Fargo Business Credit Dept. 1494 Denver, CO 80291-1494 | Global Agri Trade Corp. Wells Fargo Business Credit Dept. 1494 Denver, CO 80291-1494 | | | 10,517.00 |
| Joe B. Adams and Sons 5894 Old Hwy. GA 3 Camilla, GA 31730 | Joe B. Adams and Sons 5894 Old Hwy. GA 3 Camilla, GA 31730 | | | 360,969.65 |
| Kay Enterprises P.O. Box 99 Mona, UT 84645 | Kay Enterprises P.O. Box 99 Mona, UT 84645 | | | 23,502.50 |
| Mitchell Electric P.O. Box 409 Camilla, GA 31730 | Mitchell Electric P.O. Box 409 Camilla, GA 31730 | | | 35,612.25 |
| Norvel Reed, Jr. P.O. Box 1111 Trenton, FL 32693 | Norvel Reed, Jr. P.O. Box 1111 Trenton, FL 32693 | | | 222,601.30 |
| Professional Veterinary Pro 10077 South 134th St. Omaha, NE 68138 | Professional Veterinary Pro 10077 South 134th St. Omaha, NE 68138 | | | 43,350.17 |
| Richard Beasley 8011 Morey Hill Road Doerun, GA 31744 | Richard Beasley 8011 Morey Hill Road Doerun, GA 31744 | | | 85,858.74 |
| S-C Cattle Company 850 N.E. .150 St. Trenton, FL 32693 | S-C Cattle Company 850 N.E. .150 St. Trenton, FL 32693 | | | 70,031.56 |
| Sanimax Marketing Inc. 39379 Treasury Center Chicago, IL 60694 | Sanimax Marketing Inc. 39379 Treasury Center Chicago, IL 60694 | | | 20,505.60 |
| Sonny Lamberth 1082 Hwy. 93 North Sale City, GA 31784 | Sonny Lamberth 1082 Hwy. 93 North Sale City, GA 31784 | | | 17,811.10 |
| Westway Feed Products, Inc. (GA) 23 Network Place Chicago, IL 60673-1236 | Westway Feed Products, Inc. (GA) 23 Network Place Chicago, IL 60673-1236 | | | 12,410.00 |

B4 (Official Form 4) (12/07) - Cont.
In re Dairy Production Systems - Georgia LLC  Case No. _____
              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole Manager and Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date October 7, 2010         Signature  /s/ David P. Sumrall
                                        David P. Sumrall
                                        Sole Manager and Sole Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

## United States Bankruptcy Court
### Middle District of Georgia

In re   Dairy Production Systems - Georgia LLC              Case No.   10-
                                                Debtor(s)   Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Manager and Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 7, 2010                         _____
                                                David P. Sumrall/Sole Manager and Sole Member
                                                Signer/Title