## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAIRY PRODUCTION SYSTEMS-<br>GEORGIA LLC, DAIRY<br>PRODUCTION SYSTEMS, LLC,<br>DAIRY PRODUCTION SYSTEMS-<br>MISSISSIPPI, LLC, NEW FRONTIER<br>DAIRY, LLC and HEIFER<br>HAVEN, LLC | ) ) ) ) ) ) ) | Case No. 10-11752-JDW<br><br><br><br><br>Jointly Administered |
| | ) | |
| Debtors. | ) ) | |

### NOTICE OF APPOINTMENT
### OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

Creditors to serve on the Committee of Unsecured Creditors:

**SEE EXHIBIT "A" ATTACHED**

This 19th day of October, 2010.

>Respectfully submitted,
>
>DONALD F. WALTON
>UNITED STATES TRUSTEE, REGION 21
>
>/s/Elizabeth A. Hardy
>Elizabeth A. Hardy
>Assistant United States Trustee
>KY Bar No. 82701
>440 Martin Luther King Jr. Blvd.
>Suite 302
>Macon, GA 31201
>(478) 752-3544

**EXHIBIT "A"**

Patrick Wendelin, Owner/President
Wendelin Industries, LLC
921 Pheasant Run
Lindsborg, KS 67456
Office (785) 227-8910
Fax (785) 227-8913
wendelinind@hotmail.com

Gordon Twerberg, Manager
Century-Plus, LLC
6221 Rough Road
Cleburne, TX 76031
Office (817) 790-2368
Fax (817) 783-2363
gordie6221@gmail.com

J. Doran Kay, President
Kay Enterprises, Inc.
P.O. Box S
Mona, Utah 84645
Office (435) 623-2232
Fax (435) 623-2252
kayforhay@hotmail.com

Bradley Wayne Mills, Manager Member
284 Barfield Road
Mooresville, NC 28115
Office  (704) 657-2234
Fax (866) 590-1246
bradley.mills@pfizer.com

M.S. Rainey, III
Dairy Replacement Management, LLC
725 Pea Ridge Rd.
Eatonton, GA 31024
Office (706) 473-0730
Fax (706) 485-8386
grandparainey@hughes.net

Norvel Reed, Jr., Owner
P.O. Box 1111
Trenton, FL 32693
Office (352) 895-9315
Fax (352) 463-1211
reeddairycattle@yahoo.com

Martha Furst, President/CEO
Furst-McNess Company
120 E. Clark Street
Freeport, IL 61032
Office ( 815) 232-9827
Fax (815) 232-9765
martha.furst@mcness.com

# CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading titled **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Patrick Wendelin, Owner/President
Wendelin Industries, LLC
921 Pheasant Run
Lindsborg, KS 67456

Gordon Twerberg, Manager
Century-Plus, LLC
6221 Rough Road
Cleburne, TX 76031

J. Doran Kay, President
Kay Enterprises, Inc.
P.O. Box S
Mona, Utah 84645

Bradley Wayne Mills, Manager Member
284 Barfield Road
Mooresville, NC 28115

M.S. Rainey, III
Dairy Replacement Management, LLC
725 Pea Ridge Rd.
Eatonton, GA 31024

Norvel Reed, Jr., Owner
P.O. Box 1111
Trenton, FL 32693

Martha Furst, President/CEO
Furst-McNess Company
120 E. Clark Street
Freeport, IL 61032

Neil C. Gordon
Sean C. Kulka
Zachary D. Wilson
Arnall Golden Gregory, LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363-1031

Gary W. Marsh
B. Summer Chandler
McKenna Long & Aldridge LLP
One Peachtree Center
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

Karen Fagin White
Cohen Pollock Merlin & Small
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339

L. Jackson Lazarus
P.O. Box 1286
Natchez, MS 39121

Gwendolyn J. Godfrey
Bryan Cave LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street
Atlanta, GA 30309

And All Parties in Interest on the Attached List of Creditors Holding 20 Largest Unsecured Claims

This 19th day of October, 2010.

440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201
(478) 752-3544

/s/Elizabeth A. Hardy
Elizabeth A. Hardy
Assistant United States Trustee
KY Bar No. 82701

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re   Dairy Production Systems - Georgia LLC   Case No.   10-
Debtor(s)   Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC<br>2595 Canyon Blvd.<br>Suite 240<br>Boulder, CO 80302 | Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC<br>2595 Canyon Blvd.<br>Suite 240<br>Boulder, CO 80302 | | | Amount of claim and value of security are unknown |
| 2H Construction<br>11245 Hwy. 112<br>Albany, GA 31705 | 2H Construction<br>11245 Hwy. 112<br>Albany, GA 31705 | | | 44,502.50 |
| 83 Custom, Inc.<br>3340 NW 57th Trail<br>Bell, FL 32619 | 83 Custom, Inc.<br>3340 NW 57th Trail<br>Bell, FL 32619 | | | 84,429.23 |
| Concrete Enterprises<br>P.O. Box 1561<br>Albany, GA 31702 | Concrete Enterprises<br>P.O. Box 1561<br>Albany, GA 31702 | | | 11,331.38 |
| David I. Peterson, Inc.<br>P.O. Box 3881<br>Albany, GA 31706 | David I. Peterson, Inc.<br>P.O. Box 3881<br>Albany, GA 31706 | | | 16,350.67 |
| EAU Technologies<br>1890 Cobb International Blvd., Ste. A<br>Register, GA 30452 | EAU Technologies<br>1890 Cobb International Blvd., Ste. A<br>Register, GA 30452 | | | 14,000.00 |
| Farm Plan<br>P.O. Box 4450<br>Schaumburg, IL 60194 | Farm Plan<br>P.O. Box 4450<br>Schaumburg, IL 60194 | | | 63,893.09 |
| Furst McNess Company<br>P.O.Box 168<br>Wellborn, FL 32094 | Furst McNess Company<br>P.O.Box 168<br>Wellborn, FL 32094 | | | 1,820,737.18 |
| GEA Farm Technologies, Inc.<br>P.O. Box 12045<br>Newark, NJ 07101 | GEA Farm Technologies, Inc.<br>P.O. Box 12045<br>Newark, NJ 07101 | | | 34,079.30 |
| GEA WS Southeast<br>6551 Broadway Ave.<br>Jacksonville, FL 32254 | GEA WS Southeast<br>6551 Broadway Ave.<br>Jacksonville, FL 32254 | | | 25,214.22 |

B4 (Official Form 4) (12/07) - Cont.

In re   Dairy Production Systems - Georgia LLC         Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Global Agri Trade Corp. Wells Fargo Business Credit Dept. 1494 Denver, CO 80291-1494 | Global Agri Trade Corp. Wells Fargo Business Credit Dept. 1494 Denver, CO 80291-1494 | | | 10,517.00 |
| Joe B. Adams and Sons 5894 Old Hwy. GA 3 Camilla, GA 31730 | Joe B. Adams and Sons 5894 Old Hwy. GA 3 Camilla, GA 31730 | | | 360,969.65 |
| Kay Enterprises P.O. Box 99 Mona, UT 84645 | Kay Enterprises P.O. Box 99 Mona, UT 84645 | | | 23,502.50 |
| Mitchell Electric P.O. Box 409 Camilla, GA 31730 | Mitchell Electric P.O. Box 409 Camilla, GA 31730 | | | 35,612.25 |
| Norvel Reed, Jr. P.O. Box 1111 Trenton, FL 32693 | Norvel Reed, Jr. P.O. Box 1111 Trenton, FL 32693 | | | 222,601.30 |
| Professional Veterinary Pro 10077 South 134th St. Omaha, NE 68138 | Professional Veterinary Pro 10077 South 134th St. Omaha, NE 68138 | | | 43,350.17 |
| Richard Beasley 8011 Morey Hill Road Doerun, GA 31744 | Richard Beasley 8011 Morey Hill Road Doerun, GA 31744 | | | 85,858.74 |
| S-C Cattle Company 850 N.E. .150 St. Trenton, FL 32693 | S-C Cattle Company 850 N.E. .150 St. Trenton, FL 32693 | | | 70,031.56 |
| Sanimax Marketing Inc. 39379 Treasury Center Chicago, IL 60694 | Sanimax Marketing Inc. 39379 Treasury Center Chicago, IL 60694 | | | 20,505.60 |
| Sonny Lamberth 1082 Hwy. 93 North Sale City, GA 31784 | Sonny Lamberth 1082 Hwy. 93 North Sale City, GA 31784 | | | 17,811.10 |
| Westway Feed Products, Inc. (GA) 23 Network Place Chicago, IL 60673-1236 | Westway Feed Products, Inc. (GA) 23 Network Place Chicago, IL 60673-1236 | | | 12,410.00 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re   Dairy Production Systems, LLC                                  Case No.   10-
                                    Debtor(s)                          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd. Suite 240 Boulder, CO 80302 | Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd. Suite 240 Boulder, CO 80302 | | | Amount of claim and value of security are unknown |
| Dairy Farmers of America, Inc. 10411 Cogdill Road Knoxville, TN 37932 | Dairy Farmers of America, Inc. 10411 Cogdill Road Knoxville, TN 37932 | | | 445,451.69 |
| 83 Custom, Inc. 3340 NW 57th Trail Bell, FL 32619 | 83 Custom, Inc. 3340 NW 57th Trail Bell, FL 32619 | | | 91,836.33 |
| 83 Farms, LLC & Farm Credit of N. FL 6510 N.. U.S. Hwy. 129 Bell, FL 32619 | 83 Farms, LLC & Farm Credit of N. FL 6510 N.. U.S. Hwy. 129 Bell, FL 32619 | | | 69,704.46 |
| Central Florida Electric Coop, Inc. P.O. Box 9 Chiefland, FL 32644 | Central Florida Electric Coop, Inc. P.O. Box 9 Chiefland, FL 32644 | | | 70,943.03 |
| Commodity Specialists Company (BR) P.O. Box 795219 St. Louis, MO 63179-0795 | Commodity Specialists Company (BR) P.O. Box 795219 St. Louis, MO 63179-0795 | | | 20,270.66 |
| Dewayne Knighton 8114 County Road 248 O Brien, FL 32071 | Dewayne Knighton 8114 County Road 248 O Brien, FL 32071 | | | 74,155.07 |
| Farm Plan P.O. Box 650215 Dallas, TX 75265 | Farm Plan P.O. Box 650215 Dallas, TX 75265 | | | 99,271.23 |
| Furst McNess Company (BL) 120 East Clark St. Freeport, IL 61032 | Furst McNess Company (BL) 120 East Clark St. Freeport, IL 61032 | | | 815,035.41 |
| Furst McNess Company (BR) 120 Est Clark Street Freeport, IL 61032 | Furst McNess Company (BR) 120 Est Clark Street Freeport, IL 61032 | | | 1,714,832.01 |

B4 (Official Form 4) (12/07) - Cont.

In re  Dairy Production Systems, LLC  
Debtor(s)

Case No. 10-

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GEA Farm Technologies, Inc. (BR) P.O. Box 12045 Newark, NJ 07101 | GEA Farm Technologies, Inc. (BR) P.O. Box 12045 Newark, NJ 07101 | | | 36,300.77 |
| Harriet Knighton 8114 County Road 248 O Brien, FL 32071 | Harriet Knighton 8114 County Road 248 O Brien, FL 32071 | | | 74,155.07 |
| Jerry Goff 10379 168th St. Mc Alpin, FL 32062 | Jerry Goff 10379 168th St. Mc Alpin, FL 32062 | | | 95,857.08 |
| Kay Enterprises P.O. Box 99 Mona, UT 84645 | Kay Enterprises P.O. Box 99 Mona, UT 84645 | | | 17,537.50 |
| Michael Wilkerson (BR) P.O. Box 212 Trenton, FL 32693 | Michael Wilkerson (BR) P.O. Box 212 Trenton, FL 32693 | | | 27,874.42 |
| Mills Brothers Livestock, LLC c/o Dr. Bradley Mills 284 Barfield Rd. Mooresville, NC 28115 | Mills Brothers Livestock, LLC c/o Dr. Bradley Mills 284 Barfield Rd. Mooresville, NC 28115 | | | 33,470.00 |
| MWI Veterinary Supply Co. P.O. Box 840537 Dallas, TX 75284-0537 | MWI Veterinary Supply Co. P.O. Box 84057 Dallas, TX 75284-0537 | | | 34,424.45 |
| Norvel Reed, Jr. P.O. Box 1111 Trenton, FL 32693 | Norvel Reed, Jr. P.O. Box 1111 Trenton, FL 32693 | | | 275,733.50 |
| Professional Veterinary Pro (BL) LBX # 774515 4515 Solutions Center Chicago, IL 60677 | Professional Veterinary Pro (BL) LBX # 774515 4515 Solutions Center Chicago, IL 60677 | | | 69,541.15 |
| Purina Mills, LLC P.O. Box 404744 Atlanta, GA 30384 | Purina Mills, LLC P.O. Box 404744 Atlanta, GA 30384 | | | 16,874.10 |
| W.B. Mathis, Jr. 2750 S.W. 47th Court Bell, FL 32619 | W.B. Mathis, Jr. 2750 S.W. 47th Court Bell, FL 32619 | | | 18,750.00 |
| Wood's Electrical Services 5490 129th Rd. Live Oak, FL 32060 | Wood's Electrical Services 5490 129th Rd. Live Oak, FL 32060 | | | 30,316.50 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re   Dairy Production Systems - Mississippi, LLC  
                                       Debtor(s)

Case No.   10-  
Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd. Suite 240 Boulder, CO 80302 | Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd. Suite 240 Boulder, CO 80302 | | | Amount of claim and value of security are unknown |
| Dairy Farmers of America, Inc. 10411 Cogdill Road Knoxville, TN 37932 | Dairy Farmers of America, Inc. 10411 Cogdill Road Knoxville, TN 37932 | | | 168,914.40 |
| Caterpillar Financial Services Corp. P.O. Box 730681 Dallas, TX 75373 | Caterpillar Financial Services Corp. P.O. Box 730681 Dallas, TX 75373 | | | 5,493.59 |
| FFVA Mutual Insurance Company P.O. Box 918292 Orlando, FL 32891 | FFVA Mutual Insurance Company P.O. Box 918292 Orlando, FL 32891 | | | 7,304.69 |
| Furst McNess Company 120 E. Clark Street Freeport, IL 61032 | Furst McNess Company 120 E. Clark Street Freeport, IL 61032 | | | 80,082.25 |
| GEA Westfalia Surge, Inc. P.O. Box 12045 Newark, NJ 07101 | GEA Westfalia Surge, Inc. P.O. Box 12045 Newark, NJ 07101 | | | 26,927.19 |
| J. S. Bailey, Inc. P.O. Box 720999 Byram, MS 39272 | J. S. Bailey, Inc. P.O. Box 720999 Byram, MS 39272 | | | 16,441.74 |
| Jerry Rispone Trucking P.O. Box 973 Amite, LA 70422 | Jerry Rispone Trucking P.O. Box 973 Amite, LA 70422 | | | 7,987.95 |
| Live Oak Tractor 10055 U.S. 129 South Live Oak, FL 32060 | Live Oak Tractor 10055 U.S. 129 South Live Oak, FL 32060 | | | 7,417.66 |
| Mason & Overstreet Welding P.O. Box 5791 Pearl, MS 39288-5791 | Mason & Overstreet Welding P.O. Box 5791 Pearl, MS 39288-5791 | | | 8,916.10 |

B4 (Official Form 4) (12/07) - Cont.

In re  Dairy Production Systems - Mississippi, LLC  
                          Debtor(s)

Case No. 10-

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mills Brothers Livestock, LLC<br>162 M&M Farms Dr.<br>Mooresville, NC 28115 | Mills Brothers Livestock, LLC<br>162 M&M Farms Dr.<br>Mooresville, NC 28115 | | | 18,220.00 |
| Mississippi Serum Distributors, Inc.<br>P.O. Box 8776<br>Jackson, MS 39284 | Mississippi Serum Distributors, Inc.<br>P.O. Box 8776<br>Jackson, MS 39284 | | | 2,525.81 |
| MWI Veterinary Supply Co.<br>P.O. Box 840537<br>Dallas, TX 75284 | MWI Veterinary Supply Co.<br>P.O. Box 840537<br>Dallas, TX 75284 | | | 23,720.16 |
| North Hinds Water Association<br>P.O. Drawer 300<br>Flora, MS 39071 | North Hinds Water Association<br>P.O. Drawer 300<br>Flora, MS 39071 | | | 5,945.00 |
| Nutrition Physiology Corp.<br>P.O. Box 975336<br>Dallas, TX 75397 | Nutrition Physiology Corp.<br>P.O. Box 975336<br>Dallas, TX 75397 | | | 3,000.00 |
| Pipestone Livestock Auction Market<br>P.O. Box 185<br>1500 7th St., SE<br>Pipestone, MN 56164 | Pipestone Livestock Auction Market<br>P.O. Box 185<br>1500 7th St., SE<br>Pipestone, MN 56164 | | | 49,025.00 |
| Professionial Veterinary Products<br>LBX # 774515 4515 Solutions Center<br>Chicago, IL 60677 | Professional Veterinary Products<br>LBX # 774515 4515 Solutions Center<br>Chicago, IL 60677 | | | 60,045.80 |
| Rawlings Brokerage Company<br>P.O. Box 929<br>McComb, MS 39649 | Rawlings Brokerage Company<br>P.O. Box 929<br>McComb, MS 39649 | | | 75,921.22 |
| Vantage Dairy Supplies LLC<br>799 W. 200 N.<br>Paul, ID 83347 | Vantage Dairy Supplies LLC<br>799 W. 200 N.<br>Paul, ID 83347 | | | 3,972.50 |
| Wendelin Industries, LLC<br>921 Pheasant Run<br>Lindsborg, KS 67456 | Wendelin Industries, LLC<br>921 Pheasant Run<br>Lindsborg, KS 67456 | | | 10,897.80 |
| Wentz Enterprises, LLC<br>115 N. Decatur<br>Norcatur, KS 67653 | Wentz Enterprises, LLC<br>115 N. Decatur<br>Norcatur, KS 67653 | | | 59,576.66 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re   New Frontier Dairy, LLC                                             Case No.   10-
                                    Debtor(s)                               Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd. Suite 240 Boulder, CO 80302 | Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd. Suite 240 Boulder, CO 80302 | | | Amount of claim and value of security are unknown |
| Bottlinger Grain 460 CR 932 Hamilton, TX 76531 | Bottlinger Grain 460 CR 932 Hamilton, TX 76531 | | | 171,351.07 |
| Century-Plus, LLC P.O. Box 97 Burleson, TX 76097 | Century-Plus, LLC P.O. Box 97 Burleson, TX 76097 | | | 51,372.47 |
| Cuate Trucking P.O. Box 611 Miles, TX 76861 | Cuate Trucking P.O. Box 611 Miles, TX 67861 | | | 7,317.45 |
| Dunn Ranch 700 N. Manning Hamilton, TX 76531 | Dunn Ranch 700 N. Manning Hamilton, TX 76531 | | | 20,202.10 |
| FCC Equipment Financing, Inc. P.O. Box 905010 Charlotte, NC 28290 | FCC Equipment Financing, Inc. P.O. Box 905010 Charlotte, NC 28290 | | | 10,264.81 |
| GEA Westfalia Surge 1880 Country Farm Ddrive Naperville, IL 60563 | GEA Westfalia Surge 1880 Country Farm Ddrive Naperville, IL 60563 | | | 50,920.25 |
| Hi-Pro Feeds P.O. Box 850 Comanche, TX 76442 | Hi-Pro Feeds P.O. Box 850 Comanche, TX 76442 | | | 184,168.17 |
| Jay Procter Farms P.O. Box 108 Lingleville, TX 76461 | Jay Procter Farms P.O. Box 108 Lingleville, TX 76461 | | | 137,454.10 |
| Kay Enterprises P.O. Box 99 Mona, UT 84645 | Kay Enterprises P.O. Box 99 Mona, UT 84645 | | | 44,971.10 |
| Legacy Commodities, Inc. P.O. Box 518 Clovis, NM 88102 | Legacy Commodities, Inc. P.O. Box 518 Clovis, NM 88102 | | | 60,432.60 |

B4 (Official Form 4) (12/07) - Cont.
In re  New Frontier Dairy, LLC
      Debtor(s)

Case No.  10-

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Love Oil Company<br>P.O. Box 491<br>Stephenville, TX 76401 | Love Oil Company<br>P.O. Box 491<br>Stephenville, TX 76401 | | | 12,490.00 |
| Martin Gore<br>P.O. Box 123<br>Comanche, TX 76442 | Martin Gore<br>P.O. Box 123<br>Comanche, TX 76442 | | | 12,407.50 |
| Mills Bros. Livestock<br>284 Barfield Road<br>Mooresville, NC 28115 | Mills Bros. Livestock<br>284 Barfield Road<br>Mooresville, NC 28115 | | | 10,000.00 |
| MWI Veterinary Supply Co.<br>P.O. Box 840537<br>Dallas, TX 75284 | MWI Veterinary Supply Co.<br>P.O. Box 840537<br>Dallas, TX 75284 | | | 23,262.30 |
| Professional Veterinary Products<br>LBX # 774515<br>4515 Solutions Center<br>Chicago, IL 60677 | Professional Veterinary Products<br>LBX # 774515<br>4515 Solutions Center<br>Chicago, IL 60677 | | | 52,548.88 |
| Tri-County Irrigation Co.<br>10022 Hwy. 129 South<br>Live Oak, FL 32064 | Tri-County Irrigation Co.<br>10022 Hwy. 129 South<br>Live Oak, FL 32064 | | | 6,205.02 |
| TXU Energy<br>P.O. Box 650638<br>Dallas, TX 75265 | TXU Energy<br>P.O. Box 650638<br>Dallas, TX 75265 | | | 27,316.00 |
| Vantage Dairy Supplies<br>799 W. 200 N.<br>Paul, ID 83347 | Vantage Dairy Supplies<br>799 W. 200 N.<br>Paul, ID 83347 | | | 6,154.50 |
| Volvo Financial Services<br>P.O. Box 7247-0236<br>Philadelphia, PA 19170 | Volvo Financial Services<br>P.O. Box 7247-0236<br>Philadelphia, PA 19170 | | | 5,041.56 |
| Westway Terminal Co.<br>23623 Network Place<br>Chicago, IL 60673 | Westway Terminal Co.<br>23623 Network Place<br>Chicago, IL 60673 | | | 10,971.37 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole Manager and Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 7, 2010

Signature  /s/ David P. Sumrall
David P. Sumrall
Sole Manager and Sole Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re  Heifer Haven, LLC

Debtor(s)

Case No.  **10-**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd. Suite 240 Boulder, CO 80302 | Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd. Boulder, CO 80302 | | | Amount of claim and value of security are unknown |
| Dairy Replacement Management, LLC 725 Pea Ridge Road Eatonton, GA 31024 | Dairy Replacement Management, LLC 725 Pea Ridge Road Eatonton, GA 31024 | | | 80,000.00 |