In re   **Dairy Production Systems - Georgia LLC**            ,    Case No.   **10-11752**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re   **Dairy Production Systems - Georgia LLC**           Case No.    **10-11752**
                               Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating Account - Bank of America** | - | 314.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit with Mitchell Electric** | - | 15,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **15,814.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re   **Dairy Production Systems - Georgia LLC**         ,   Case No.   **10-11752**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Milk Sales Receivable** | - | 542,743.00 |
| | | **Inter-Company Receivable** **DPS-MS advance: $430,000** **DPS Advance: $708,000** **New Frontier Dairy Advance: $90,000** | - | 1,228,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **1,770,743.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Dairy Production Systems - Georgia LLC**              ,     Case No.    **10-11752**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims Against Agricultural Funding Solutions, LLC, its Officers, Managers, Members and Affiliated Entities** | - | **Unknown** |
| | | **Claims Against New Frontier Bank** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Pickup trucks located at 2923 Jackson Dairy Rd. Bacon, GA 31716** | - | **5,204.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office furniture and computers located at 2923 Jackson Dairy Rd. Bacon, GA 31716** | - | **253.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Included in Line 33** | - | **0.00** |
| 30. Inventory. | | **Included in Line 34** | - | **0.00** |
| 31. Animals. | | **Milking Cows, Bulls, & Calves located at 2923 Jackson Dairy Rd. Bacon, GA 31716** | - | **3,141,750.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **Farming Equipment located at 2923 Jackson Dairy Rd. Bacon, GA 31716** | - | **436,560.00** |
| 34. Farm supplies, chemicals, and feed. | | **Farm Supplies, Feed, & Crops Growing located at 2923 Jackson Dairy Rd. Bacon, GA 31716** | - | **808,000.00** |

Sub-Total >    **4,391,767.00**

(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Dairy Production Systems - Georgia LLC**           ,    Case No.   **10-11752**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Included in Line 34** | - | **0.00** |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **6,178,324.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

In re **Dairy Production Systems - Georgia LLC** , Case No. **10-11752**

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2006, 2007 and 2009 | | | | | |
| **Agricultural Funding Solutions, LLC f/k/a CFH Investments, LLC 2595 Canyon Blvd Suite 420 Boulder, CO 80302** | | - | **Real and Personal Property** | | | X | | |
| | | | Value $ **Unknown** | | | | **14,411,876.79** | **Unknown** |
| Account No. | | | **Peterbilt 365 Truck w/Schuler Mixer Box** | | | | | |
| **FCC Equipment Financing P.O. Box 56347 Jacksonville, FL 32241** | | - | | | | | | |
| | | | Value $ **0.00** | | | | **146,293.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | **14,558,169.79** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **14,558,169.79** | **0.00** |

.

In re   **Dairy Production Systems - Georgia LLC**       ,     Case No.    **10-11752**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__   continuation sheets attached

In re **Dairy Production Systems - Georgia LLC** , Case No. **10-11752**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Mitchell County Tax Commissioner** c/o Jackie Batchelor P.O. Box 373 Camilla, GA 31730 | - | | | | | | 120,122.00 | 0.00 | 120,122.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 120,122.00 | 120,122.00 | |

Total
(Report on Summary of Schedules)

| | | |
|---|---|---|
| 0.00 | | |
| 120,122.00 | 120,122.00 | |

In re **Dairy Production Systems - Georgia LLC** , Case No. **10-11752**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| | | | | C | | | | | |
| Account No. <br><br> **2H Construction** <br> **11245 Hwy. 112** <br> **Albany, GA 31705** | | - | | | | | | | 59,502.50 |
| Account No. <br><br> **83 Custom, Inc.** <br> **3340 NW 57th Trail** <br> **Bell, FL 32619** | | | | | | | | | 88,301.23 |
| Account No. <br><br> **A-1 Refrigeration Services of GA, Inc.** <br> **P.O. Box 42** <br> **Albany, GA 31702** | | - | | | | | | | 8,317.61 |
| Account No. <br><br> **ADP, Inc.** <br> **P.O. Box 9001006** <br> **Louisville, KY 40290** | | - | | | | | | | 438.04 |

__19__  continuation sheets attached

Subtotal
(Total of this page)       **156,559.38**

In re **Dairy Production Systems - Georgia LLC** ,     Case No. **10-11752**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **AFLAC** **1932 Wynnton Rd.** **Columbus, GA 31999** | | - | | | | | | 274.95 |
| Account No. | | | | | | | | |
| **Albany General Tire** **1002 W. Broad Avenue** **Albany, GA 31701** | | - | | | | | | 1,234.90 |
| Account No. | | | | | | | | |
| **Albany Mall Inn and Suites** | | - | | | | | | 4,186.02 |
| Account No. | | | | | | | | |
| **Albany Tractor Company** **1709-A S. Slappey Blvd.** **Albany, GA 31701** | | - | | | | | | 1,920.95 |
| Account No. | | | | | | | | |
| **Angel Carrillo** | | - | | | | | | 118.40 |

Sheet no. **1** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,735.22**

In re   **Dairy Production Systems - Georgia LLC**              ,    Case No.    **10-11752**

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Animal Health Diagnostic Center Cornell University P.O. Box 6491 Ithaca, NY 14851-6491** | - | | | | | | 141.75 |
| Account No. | | | | | | | |
| **AT&T P.O. Box 105262 Atlanta, GA 30348** | - | | | | | | 323.22 |
| Account No. | | | | | | | |
| **Baconton Hardware 10270 Hwy. 19 Baconton, GA 31716** | - | | | | | | 575.90 |
| Account No. | | | | | | | |
| **Beco Dairy Automation, Inc. 9955 9 1/4 Ave. Hanford, CA 93230** | - | | | | | | 784.24 |
| Account No. | | | | | | | |
| **Bell Auto Parts P.O. Box 490 High Springs, FL 32643** | - | | | | | | 7,722.79 |

Sheet no. __2__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal       **9,547.90**
(Total of this page)

In re   **Dairy Production Systems - Georgia LLC** ,    Case No.   **10-11752**

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Blue Cross & Blue Shield P.O. Box 105358 Atlanta, GA 30348 | - | | | | | | | 1,931.71 |
| Account No. | | | | | | | | |
| Camilla Builders Supply, Inc. P.O. Box 249 Camilla, GA 31730 | - | | | | | | | 328.62 |
| Account No. | | | | | | | | |
| Carol Lee P.O. Box 309 Ridgeland, SC 29936 | - | | | | | | | 475.00 |
| Account No. | | | | | | | | |
| City Electric Supply Co. P.O. Box 609521 Orlando, FL 32860 | - | | | | | | | 1.19 |
| Account No. | | | | | | | | |
| Colquitt AG Service P.O. Box 187 Doerun, GA 31744 | - | | | | | | | 215.80 |

Sheet no. **3** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,952.32**

In re   **Dairy Production Systems - Georgia LLC**       ,   Case No.   **10-11752**

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Concrete Enterprises** **P.O. Box 1561** **Albany, GA 31702** | - | | | | | | 23,369.95 |
| Account No. | | | | | | | |
| **Cumberland Valley Analytical Services** **P.O. Box 669** **Maugansville, MD 21767** | - | | | | | | 217.75 |
| Account No. | | | | | | | |
| **Dairy Management Systems** **7689 Hwy. 9 North** **Blue Springs, MS 38828** | - | | | | | | 2,913.60 |
| Account No. | | | | | | | |
| **Dairy Production Systems, LLC** **23343 N.W. County Road 235** **High Springs, FL 32643** | - | | | | | | 100,448.03 |
| Account No. | | | | | | | |
| **David Gill** **489 Eagle Pond Road** **Smithville, GA 31787** | - | | | | | | 1,360.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                 
(Total of this page)              **128,309.33**

In re **Dairy Production Systems - Georgia LLC** ,  Case No. **10-11752**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| David I. Peterson, Inc. P.O. Box 3881 Albany, GA 31706 | - | | | | | | 18,412.07 |
| Account No. | | | | | | | |
| David P. Sumrall 233 NW County Road 236 High Springs, FL 32643 | - | | | | | | 16,229.98 |
| Account No. | | | | | | | |
| Demott Tractor Company, Inc. 1659 Sylvester Hwy. Moultrie, GA 31768 | - | | | | | | 160.71 |
| Account No. | | | | | | | |
| DPS Veterinary Supply / PVP PO Box 362 Henderson, TN 38340 | - | | | | | | 43,350.17 |
| Account No. | | | | | | | |
| EAU Technologies 1890 Cobb International Blvd., Ste. A Register, GA 30452 | - | | | | | | 14,000.00 |

Sheet no. **5** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **92,152.93**

In re **Dairy Production Systems - Georgia LLC** ,

Case No. **10-11752**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx9-885** | | | | | | | | | |
| **Farm Plan** P.O. Box 4450 Schaumburg, IL 60194 | - | | | | | | | | 63,893.09 |
| Account No. | | | | | | | | | |
| **FCC Equipment Financing** P.O. Box 56347 Jacksonville, FL 32241 | - | | | | | | | | 4,148.51 |
| Account No. | | | | | | | | | |
| **FedEx** P.O. Box 660481 Dallas, TX 75266 | - | | | | | | | | 683.48 |
| Account No. | | | | | | | | | |
| **FerrellGas** P.O. Box 173940 Denver, CO 80217 | - | | | | | | | | 2,969.70 |
| Account No. | | | | | | | | | |
| **FFVA Mutual Insurance Co.** P.O. Box 918292 Orlando, FL 32891 | - | | | | | | | | 9,352.00 |

Sheet no. **6** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,046.78

In re  **Dairy Production Systems - Georgia LLC**                          Case No.   __10-11752__
                                          ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Furst McNess Company** P.O.Box 168 Wellborn, FL 32094 | - | | | | | | | 1,920,196.37 |
| Account No. | | | | | | | | |
| **GA Industrial Supply** P.O. Box 565 Albany, GA 31701 | - | | | | | | | 46.46 |
| Account No. | | | | | | | | |
| **GEA Farm Technologies, Inc.** P.O. Box 12045 Newark, NJ 07101 | - | | | | | | | 50,538.95 |
| Account No. | | | | | | | | |
| **GEA NORBCO, Inc.** 4754 State Route 233 Westmoreland, NY 13490 | - | | | | | | | 1,109.10 |
| Account No. | | | | | | | | |
| **GEA WS Southeast** 6551 Broadway Ave. Jacksonville, FL 32254 | - | | | | | | | 25,992.99 |

Sheet no. __7__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,997,883.87

In re **Dairy Production Systems - Georgia LLC** , Case No. **10-11752**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Global Agri Trade Corp. Wells Fargo Business Credit Dept. 1494 Denver, CO 80291 | - | | | | | | | | 10,527.00 |
| Account No. | | | | | | | | | |
| Grainger Dept. 812626625 P.O. Box 419267 Kansas City, MO 64141 | - | | | | | | | | 3,749.38 |
| Account No. | | | | | | | | | |
| Greenbrier of Central Florida, Inc. 3703 West Kelly Park Rd. Apopka, FL 32712 | - | | | | | | | | 60.97 |
| Account No. | | | | | | | | | |
| Hammercrow Enterprises 7309 S.W. 20th St. Bell, FL 32619 | - | | | | | | | | 5,175.00 |
| Account No. | | | | | | | | | |
| Hatch Creek Veterinary Services 250 S.E. Antelope Road Branford, FL 32008 | - | | | | | | | | 4,650.00 |

Sheet no. **8** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,162.35

In re **Dairy Production Systems - Georgia LLC** , Case No. __10-11752__
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| Heifer Haven, LLC 23343 N.W. County Road 236 High Springs, FL 32643 | | | | | | | 997,700.00 |
| Account No. | | - | | | | | |
| Hughes Net P.O. Box 96874 Chicago, IL 60693 | | | | | | | 309.91 |
| Account No. | | - | | | | | |
| J&B Irrigation, Inc. 217 Newton Rd. Office C & D Camilla, GA 31730 | | | | | | | 42.49 |
| Account No. | | - | | | | | |
| James A. Shepherd 300 S.W. 50th Ave. Bell, FL 32619 | | | | | | | 1,505.00 |
| Account No. | | - | | | | | |
| Joe B. Adams and Sons 5894 Old Hwy. GA 3 Camilla, GA 31730 | | | | | | | 360,969.65 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,360,527.05

In re **Dairy Production Systems - Georgia LLC**, Case No. __10-11752__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joe Roberts** <br> **P.O. Box 873** <br> **Bell, FL 32619** | | - | | | | | | 4,339.70 |
| Account No. <br><br> **Jones Welding & Industrial Supply** <br> **P.O. Box 71826** <br> **Albany, GA 31708** | | - | | | | | | 360.59 |
| Account No. <br><br> **Kay Enterprises** <br> **P.O. Box 99** <br> **Mona, UT 84645** | | - | | | | | | 40,602.50 |
| Account No. <br><br> **Komatsu Financial Limited P'Ship** <br> **P.O. Box 99303** <br> **Chicago, IL 60693** | | - | | | | | | 10,000.00 |
| Account No. <br><br> **Mensch Manufacturing** <br> **P.O. Box 418** <br> **Hastings, MI 49058-0418** | | - | | | | | | 1,256.30 |

Sheet no. __10__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **56,559.09**

In re **Dairy Production Systems - Georgia LLC** , Case No. __10-11752__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Michael Wilkerson P.O. Box 212 Trenton, FL 32693 | - | | | | | | | 1,900.00 |
| Account No. | | | | | | | | |
| Micro Beef Technologies P.O. Box 847268 Dallas, TX 75284-7268 | - | | | | | | | 627.65 |
| Account No. | | | | | | | | |
| Miley Adams 5894 Old Hwy. GA 3 Camilla, GA 31730 | - | | | | | | | 941.60 |
| Account No. | | | | | | | | |
| Mitchell Electric P.O. Box 409 Camilla, GA 31730 | - | | | | | | | 35,612.25 |
| Account No. | | | | | | | | |
| Module Truck Service P.O. Box 3910 Dallas, TX 75284-0537 | - | | | | | | | 0.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **39,081.50**

In re **Dairy Production Systems - Georgia LLC** ,  Case No. **10-11752**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| MWI Veterinary Supply Co. P.O. Box 840537 San Antonio, TX 78284 | - | | | | | | | | 38,239.74 |
| Account No. | | | | | | | | | |
| NASCO P.O. Box 901 Fort Atkinson, WI 53538 | - | | | | | | | | 331.17 |
| Account No. | | | | | | | | | |
| Norvel Reed, Jr. P.O. Box 1111 Trenton, FL 32693 | - | | | | | | | | 222,601.30 |
| Account No. | | | | | | | | | |
| O'Reilly Auto Parts P.O. Box 790098 Saint Louis, MO 63179 | - | | | | | | | | 5,503.52 |
| Account No. | | | | | | | | | |
| Practice Plus of SW Georgia 803 N. Jefferson Suite C Albany, GA 31701 | - | | | | | | | | 108.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **266,783.73**

In re   **Dairy Production Systems - Georgia LLC**          ,    Case No.    **10-11752**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Quality Paper, Inc.** P.O. Box 71281 Albany, GA 31708 | - | | | | | | 345.84 |
| Account No. | | | | | | | |
| **Reliable Office Supplies** P.O. Box 105529 Atlanta, GA 30348 | - | | | | | | 533.27 |
| Account No. | | | | | | | |
| **Remote Control Technology** 14736 N.E. 95th St. Redmond, WA 98052 | - | | | | | | 532.86 |
| Account No. | | | | | | | |
| **Richard Beasley** 8011 Morey Hill Road Doerun, GA 31744 | - | | | | | | 85,858.74 |
| Account No. | | | | | | | |
| **Roto Rooter (GA)** P.O. Box 737 Albany, GA 31702 | - | | | | | | 105.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **87,375.71**

In re **Dairy Production Systems - Georgia LLC** , Case No. **10-11752**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| S-C Cattle Company 850 N.E. .150 St. Trenton, FL 32693 | - | | | | | | | 70,031.56 |
| Account No. | | | | | | | | |
| Safety Max P.O. Box 71365 Albany, GA 31708 | - | | | | | | | 266.86 |
| Account No. | | | | | | | | |
| Sanimax Marketing Inc. 39379 Treasury Center Chicago, IL 60694 | - | | | | | | | 23,988.00 |
| Account No. | | | | | | | | |
| Santos Alvarez 8990 N.W. 51st Ct. Chiefland, FL 32626 | - | | | | | | | 85.18 |
| Account No. | | | | | | | | |
| SE Dhia Dairy Science Dept. P.O. Box 142460 Gainesville, FL 32614 | - | | | | | | | 4,082.75 |

Sheet no. **14** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**98,454.35**

In re **Dairy Production Systems - Georgia LLC** , Case No. __10-11752__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Sizemore Plumbing, Inc. P.O. Box 1752 Albany, GA 31702 | - | | | | | | | 1,189.70 |
| Account No. Skyline Equipment Company, Inc. P.O. Box 368 Putney, GA 31782 | - | | | | | | | 5.62 |
| Account No. Snipes Equipment Fabricators P.O. Box 89 Sale City, GA 31784 | - | | | | | | | 729.25 |
| Account No. Sonny Lamberth 1082 Hwy. 93 North Sale City, GA 31784 | - | | | | | | | 21,544.30 |
| Account No. Southeast Milk, Inc. P.O. Box 3790 Belleview, FL 34421 | - | | | | | | | 6,720.80 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,189.67

In re **Dairy Production Systems - Georgia LLC** ,  Case No. **10-11752**

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Sowega Electric Motors** **711 Flint Avenue** **Sale City, GA 31784** | - | | | | | | | | 2,113.00 |
| Account No. **xxxxxx0547** | | | | | | | | | |
| **TD Ameritrade** **360 Interlocken Blvd.** **Suite 104** **Broomfield, CO 80021** | - | | | | | | | | 1,358.18 |
| Account No. | | | | | | | | | |
| **The Schlueter Company (GA)** **P.O. Box 548** **Janesville, WI 53547-0548** | - | | | | | | | | 870.24 |
| Account No. | | | | | | | | | |
| **Tractor & Equipment Company** **5336 Airport Hwy.** **Birmingham, AL 35212** | - | | | | | | | | 792.58 |
| Account No. | | | | | | | | | |
| **TSI Solutions** **2220 Centre Park Court** **Stone Mountain, GA 30087** | - | | | | | | | | 431.24 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,565.24

In re **Dairy Production Systems - Georgia LLC** , Case No. __10-11752__
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Tullos Enterprises | - | | | | | | | | 6,600.00 |
| Account No. | | | | | | | | | |
| Unifirst Corporation 1811 Oakridge Drive Albany, GA 31707 | - | | | | | | | | 4,559.47 |
| Account No. | | | | | | | | | |
| University of MN Veterinary Diag 1333 Gortner Avenue Saint Paul, MN 55108 | - | | | | | | | | 382.76 |
| Account No. | | | | | | | | | |
| Valley View Equestrian Center, Inc. P.O. Box 532 Chiefland, FL 32644 | - | | | | | | | | 450.00 |
| Account No. | | | | | | | | | |
| Vantage Dairy Supplies LLC 799 West 200 North Paul, ID 83347 | - | | | | | | | | 9,988.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    21,980.23

In re **Dairy Production Systems - Georgia LLC** , Case No. __10-11752__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Veolia Environmental Services P.O. Box 50003 Albany, GA 31703 | - | | | | | | | | 634.04 |
| Account No. | | | | | | | | | |
| Walco Central Accounting P.O. Box 911423 Dallas, TX 75391-1423 | - | | | | | | | | 7,659.92 |
| Account No. | | | | | | | | | |
| Wendelin Industries, LLC 921 Pheasant Run Lindsborg, KS 67456 | - | | | | | | | | 5,606.40 |
| Account No. | | | | | | | | | |
| West End Milling Co., Inc. P.O. Box 509 Quitman, GA 31643 | - | | | | | | | | 1,162.00 |
| Account No. | | | | | | | | | |
| Westway Feed Products, Inc. 23623 Network Place Chicago, IL 60673 | - | | | | | | | | 16,527.40 |

Sheet no. __18__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **31,589.76**

In re    **Dairy Production Systems - Georgia LLC**                          ,    Case No.    __10-11752__
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Yancey Brothers Co.** <br> **Drawer CS 198757** <br> **Atlanta, GA 30384** | | - | | | | | | 6,158.83 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 6,158.83 |
| Total <br> (Report on Summary of Schedules) | | 4,504,615.24 |

.

In re  **Dairy Production Systems - Georgia LLC**  ,  Case No.  __10-11752__

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Aurora Dairy Georgia**<br>**2595 Canyon Blvd**<br>**Suite 420**<br>**Boulder, CO 80302** | **Ground Lease** |
| **Lamar Cooper**<br>**9782 River Road**<br>**Camilla, GA 31730** | **Ground Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

.

In re    **Dairy Production Systems - Georgia LLC**              ,    Case No.    **10-11752**

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Dairy Production Systems - Georgia LLC**        Case No.   **10-11752**

                                        Debtor(s)        Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Sole Manager and Sole Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **32**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 11, 2010**           Signature    **/s/ David P. Sumrall**

                                                                    **David P. Sumrall**
                                                                    **Sole Manager and Sole Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.