**SO ORDERED.**

**SIGNED this 08 day of March, 2011.**



_____
JAMES D. WALKER, JR.
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAIRY PRODUCTION SYSTEMS- | ) | Case No. 10-11752-JDW |
| GEORGIA LLC, DAIRY | ) | |
| PRODUCTION SYSTEMS, LLC, | ) | |
| DAIRY PRODUCTION SYSTEMS- | ) | |
| MISSISSIPPI, LLC, NEW FRONTIER | ) | |
| DAIRY, LLC, and HEIFER | ) | |
| HAVEN, LLC | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**SECOND ORDER CONTINUING CASH COLLATERAL MOTION AND MODIFYING THIRD INTERIM ORDER AUTHORIZING DEBTORS' USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 4001 [DOCKET NO. 147]**

There came on for hearing on February 22, 2011 at 11:00 a.m. (Eastern) which hearing was continued until March 8, 2011 at 11:00 a.m. (the "Hearing") on the motion filed by Dairy Production Systems – Georgia, LLC ("DPS - Georgia"), Dairy Production Systems, LLC ("DPS"), Dairy Production Systems - Mississippi, LLC ("DPS - Mississippi"), New Frontier

3014587v1

Dairy, LLC ("New Frontier Dairy"), and Heifer Haven, LLC ("HH", DPS-Georgia, DPS, DPS Mississippi, New Frontier Dairy, and HH are collectively, the "Debtors") requesting interim and final orders: (a) authorizing the Debtors' use of cash collateral of Agricultural Funding Solutions, LLC ("AFS"), and (b) granting adequate protection to AFS, as described more fully in the Motion and this Order [Docket No. 18] (the "Cash Collateral Motion"), and based on the presentations of counsel for the Debtors and counsel for AFS at the Hearing, and the agreement of the parties; it is hereby

ORDERED that in the event that AFS and the Debtors are unable to reach an agreement with respect to a fourth interim cash collateral order the Court shall hold a hearing on the Cash Collateral Motion on March 11, 2011 at 11:00 a.m. (Eastern) in Courtroom B, United States Bankruptcy Court, Thomas Jefferson Federal Building, 433 Cherry Street, Macon, Georgia, 31202; and it is further

ORDERED that paragraph 3 of this Court's *Third Interim Order Authorizing Debtors' Use of Cash Collateral and Granting Adequate Protection Pursuant to Sections 361 and 363 of the Bankruptcy Code and Fed. R. Bankr. P. 4001* [Docket No. 147] (the "Third Interim Cash Collateral Order") and this Court's *Order Continuing Various Motions and Modifying Third Interim Order Authorizing Debtors' Use of Cash Collateral and Granting Adequate Protection Pursuant to Sections 361 and 363 of the Bankruptcy Code and Fed. R. Bankr. P. 4001* [Docket No. 214] (the "First Cash Collateral Bridge Order") are modified so that the Cash Collateral Period is extended from March 8, 2011 at 5:00 p.m. (Eastern) until March 11, 2011 at 5:00 p.m. (Eastern); and it is further

ORDERED that except as modified herein, all other terms of the Third Interim Cash Collateral Order and the First Cash Collateral Bridge Order shall remain in full force and effect; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*** END OF ORDER ***

*Signatures Continued on Following Page*

PREPARED AND PRESENTED BY:

**ARNALL GOLDEN GREGORY LLP**

/s / Sean C. Kulka
_____
Sean C. Kulka (Georgia Bar No. 648919)
Zachary D. Wilson (Georgia Bar No. 102079)
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031
Telephone: (404) 873-8500
Facsimile: (404) 883-8501

*Attorneys for Debtors and Debtors in Possession*

-and

FORM OF ORDER APPROVED BY:

**GREENBERG TRAURIG, LLP**

/s/ David B. Kurzweil
_____
David B. Kurzweil (Georgia Bar No. 430492)
John J. Dyer (Georgia Bar No. 236844)
3290 Northside Parkway, NW, Suite 400
Atlanta, Georgia 30327
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorneys for Agricultural Funding Solutions, LLC and Aurora Dairy - Georgia, LLC*