**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **DAIRY PRODUCTION SYSTEMS-** | ) | **Case No. 10-11752-JDW** |
| **GEORGIA LLC, DAIRY** | ) | |
| **PRODUCTION SYSTEMS, LLC,** | ) | |
| **DAIRY PRODUCTION SYSTEMS-** | ) | |
| **MISSISSIPPI, LLC, NEW FRONTIER** | ) | |
| **DAIRY, LLC, and HEIFER** | ) | |
| **HAVEN, LLC** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF JOINT CHAPTER 11 PLAN OF REORGANIZATION OF THE
PLAN DEBTORS AND DISCLOSURE STATEMENT TO JOINT CHAPTER 11 PLAN
OF REORGANIZATION OF THE PLAN DEBTORS**

Dairy Production Systems – Georgia, LLC, Dairy Production Systems, LLC,

Dairy Production Systems – Mississippi, LLC, and Heifer Haven, LLC (collectively,

the "Plan Debtors") hereby file their Withdrawal of the *Joint Chapter 11 Plan of Reorganization*

*of the Plan Debtors* filed on October 5, 2011 [Docket No. 507], and the *Disclosure Statement to*

*Joint Chapter 11 Plan of Reorganization of the Plan Debtors* filed on October 5, 2011

[Docket No. 508].

This 25th day of October, 2011.

ARNALL GOLDEN GREGORY LLP

/s/ Sean C. Kulka
Sean C. Kulka (Bar No. 648919)
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873-8500
Facsimile: (404) 873-8501

*Attorneys for Debtors and Debtors in Possession*
